ISABEL A. HOLMES, Respondent, *v.* EGBERT B. SEAMAN, Appellant.

*Holmes* v. *Seaman,* 117 App. Div. 381, affirmed.
(Argued January 23, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1907, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to set aside certain assignments on the ground of fraud.

*Albert Stickney* for appellant.

*George W. Weiffenbach* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

HENRY H. JACKSON et al., as Executors and Trustees under the Will of PETER A. H. JACKSON, Appellants, *v.* MARY E. ROWE, Respondent.

*Jackson* v. *Rowe,* 106 App. Div. 65, 614, affirmed.
(Argued January 23, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 12, 1905, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term and an order denying a motion for a new trial in an action to determine conflicting claims to real property.

*John L. Wells* for appellants.

*Frederick B. Woodruff* and *George S. Bixby* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.